1817.

GARR
v.
DRAKE.

## GARR and others *against* DRAKE and GARR.

Where a suit is instituted in behalf of an infant, by a *prochein ami*, the Court, on suggestion of its being improperly instituted, will refer it to a master to inquire into the circumstances, and report whether the suit is for the benefit of the infant.

*September* 8th.

MOTION by the infant, by the defendant *Garr*, as her guardian, that her name be struck out of the bill, or that the suit, as to her, be staid until she come of age; on petition and affidavit of the infant, that she is nearly 17 years of age, and lives with the defendant, her guardian, and that the suit has been commenced without her knowledge, and that she believed it groundless.

*Garr*, (defendant,) for the motion.

*Burr*, contra.

THE CHANCELLOR directed a reference to a master, to look into the papers accompanying the motion, and to inquire into the circumstances of the case, so far as to be *able to form and certify an opinion whether the suit, instituted in the name of the infant, be for her benefit; and to report, &c. (*Cooper's Eq. Pl.* p. 28.)